## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JERALD JAY FELDT,

        Plaintiff,

-vs-                                       Case No.  6:06-cv-750-Orl-19DAB

DONALD F. ESLINGER, MICHAEL A.
TIDWELL, LT. SHAW, SHARON A. HUSS,
DEPUTY PAYETTE, LEON LOWERY,

        Defendants.
_____

## ORDER OF DISMISSAL

On July 6, 2006, the Court ordered Plaintiff to show cause, within eleven days from the date of the Order, as to why he failed to comply with the Court's order of June 5, 2006. (Doc. No. 3).  Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __24th_____ day of July, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/24
Jerald Jay Feldt